

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**
LEGAL UNIT

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2674

July 8, 2005

Mr. Peter T. Dalleo
Clerk of Court
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re: EEOC v. Nabstar d/b/a Sleep Inn
        Civil Action 05-374 GMS

Dear Mr. Dalleo:

    Enclosed are the original summons and affidavit of service for filing in the above-referenced case.

                        Sincerely,

                        Jacqueline H. McNair
                        Regional Attorney

           By: _____
                        Sylvia E. Williams
                        Paralegal Specialist

c: Rachel Smith, Esq.

*[Stamp: RECEIVED JUL 2005, U.S. DISTRICT COURT, DISTRICT OF DELAWARE]*