AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ————— **DELAWARE**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

**SUMMONS IN A CIVIL CASE**

**V.**

NABSTAR, LLC d/b/a SLEEP INN

CASE NUMBER:   0 5 - 3 7 4

TO: (Name and address of defendant)

JOAN PAYNE
General Manager
Sleep Inn
630 S. College Avenue
Newark, DE   19713



RECEIVED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RACHEL M. SMITH
Trial Attorney
EEOC – Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA   19106

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUN 0 8 2005

CLERK

DATE

(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE<br>7/5/05 |
|---|---|
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

☒   Other (specify):  SERVED: NABSTAR, LLC d/b/a SLEEP INN AT 630 S. COLLEGE AVE. NEWARK, DE COPIES THEREOF WERE ACCEPTED BY SHARON LIVERGOOD

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/5/05
         Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.