IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>NABSTAR, LLC D/B/A<br>SLEEP INN<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-0374 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **JUDITH A. O'BOYLE** and **RACHEL M. SMITH** to represent Plaintiff EEOC in this matter.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            _____
                                            RUDOLPH CONTRERAS
                                            Assistant U.S. Attorney
                                            Chief, Civil Division
                                            The Nemours Building
                                            1007 North Orange Street, Suite 700
                                            Wilmington, Delaware 19899-2046
                                            (302) 573-6277 ext. 154

Dated: July 20th, 2005                         Rudolph.Contreras@usdoj.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____               _____
                                        Honorable Gregory M. Sleet
                                          United States District Court Judge
                                          District of Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 7/18/05

Signed: *Judith A. O'Boyle*
Judith A. O'Boyle
Supervisory Trial Attorney
*Equal Employment Opportunity Commission*
Philadelphia District Office
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2669
PA Bar ID No: 61588

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 18, 2005

Signed: Rachel M. Smith
Rachel M. Smith
Trial Attorney
*Equal Employment Opportunity Commission*
Philadelphia District Office
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642
PA No. 92015

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2005, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF. Service was made upon Counsel for defendant NABSTAR by sending by first-class mail to:

Kevin J. Connors
Marshall Dennehey Warner
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277