IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>NABSTAR, LLC d/b/a SLEEP INN,<br><br>          Defendants. | :<br>:<br>:<br>:   C.A. No. 05-374-GMS<br>:<br>:<br>:   TRIAL BY JURY DEMANDED<br>:<br>:<br>: |

**STIPULATION TO EXTEND TIME TO PLEAD**

It is hereby stipulated by and between the parties through their undersigned counsel that defendant, Nabstar, LLC d/b/a Sleep Inn, shall have until August 15, 2005 in which to answer or otherwise move in response to plaintiff's Complaint in the above captioned matter.

_____
RUDOLPH CONTRERAS, ESQUIRE
Attorney for Plaintiff

_____
KEVIN J. CONNORS, ESQUIRE
Attorney for Defendant, Nabstar LLC
d/b/a Sleep Inn

SO ORDERED.

_____
JUDGE GREGORY M. SLEET

\15_A\LIAB\KJC\SLPG\296956\LAS\21256\00512