**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : | |
| Plaintiff, | : : | C.A. No. 05-374-GMS |
| v. | : : | TRIAL BY JURY DEMANDED |
| NABSTAR, LLC d/b/a SLEEP INN, | : : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of defendant, Nabstar, LLC, d/b/a Sleep Inn, in the above-captioned matter.

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Nabstar, LLC, d/b/a Sleep Inn

DATED: July 22, 2005
\15_A\LIAB\KJC\SLPG\297021\LAS\21256\00512

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the ENTRY OF APPEARANCE, in the above-captioned matter this date via email and regular mail on July 22, 2005 to the following:

Rudolph Contreras, Esquire
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN


BY:    /s/ Kevin J. Connors
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorney for Defendant,
       Nabstar, LLC, d/b/a Sleep Inn

DATED: July 22, 2005
\15_A\LIAB\KJC\SLPG\297021\LAS\21256\00512