## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                    Plaintiff,

           v.

NABSTAR, LLC d/b/a SLEEP INN,

                    Defendants.

:
:
:
:
:
:
:
:
:

C.A. No. 05-374-GMS

TRIAL BY JURY DEMANDED

### STIPULATION TO EXTEND TIME TO PLEAD

It is hereby stipulated by and between the parties through their undersigned counsel that

defendant, Nabstar, LLC d/b/a Sleep Inn, shall have until August 22, 2005 in which to answer or

otherwise move in response to plaintiff's Complaint in the above captioned matter.

_____
RUDOLPH CONTRERAS, ESQUIRE
Attorney for Plaintiff

      SO ORDERED.

_____
KEVIN J. CONNORS, ESQUIRE
Attorney for Defendant, Nabstar LLC
d/b/a Sleep Inn

_____
JUDGE GREGORY M. SLEET

\15_A\LIAB\KJC\LLPG\301697\VXL\21256\00512