**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : | |
| Plaintiff, | : : | C.A. No. 05-374-GMS |
| v. | : : | TRIAL BY JURY DEMANDED |
| NABSTAR, LLC d/b/a SLEEP INN, | : : | |
| Defendants. | : | |

**CERTIFICATION OF SERVICE**

     I hereby certify that I have served upon all persons listed below two true and correct copies of the **ANSWER WITH AFFIRMATIVE DEFENSES OF DEFENDANT, NABSTAR, LLC d/b/a SLEEP INN,TO PLAINTIFF'S COMPLAINT** in the above-captioned matter this date via email and regular mail on August 22, 2005 to the following:

Rudolph Contreras, Esquire
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN

          BY: /s/ Kevin J. Connors
               KEVIN J. CONNORS, ESQ.
               DE Bar ID: 2135
               1220 North Market Street, 5th Fl.
               P.O. Box 8888
               Wilmington, DE 19899-8888
               Attorney for Defendant,
               Nabstar, LLC, d/b/a Sleep Inn

Dated: August 22, 2005
\15_A\LIAB\KJC\LLPG\302453\VXL\21256\00512