IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN<br>Defendant | ) ) ) | |

## NOTICE OF SERVICE

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **October 31, 2005**, I deposited copies of the following document:

**INITIAL DISCLOSURES OF PLAINTIFF, EEOC**

By United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

Kevin J. Connors. Esq.
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4304

                                                                                              JUDITH A. O'BOYLE
                                                                                              Acting Regional Attorney

BY:   */s/ Rachel M. Smith*
          RACHEL M. SMITH
          Trial Attorney
          U.S. EEOC
          21 South Fifth Street, Suite 400
          Philadelphia, PA 19106
          (215) 440-2642