**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | : | |
| COMMISSION, | : | |
| Plaintiff, | : | C.A. No. 05-374-GMS |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY |
| NABSTAR, LLC d/b/a SLEEP INN, | : | OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

**NOTICE OF CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below two true and correct copies of the **INTERROGATORIES – SET I OF DEFENDANT, NABSTAR, LLC d/b/a SLEEP INN, ADDRESSED TO PLAINTIFF, I INTERROGATORIES - SET II OF DEFENDANTS NABSTAR, LLC d/b/a SLEEP INN, ADDRESSED TO PLAINTIFF and REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANTS NABSTAR, LLC d/b/a SLEEP INN, DIRECTED TO PLAINTIFF** in the above-captioned matter this date via regular mail on November 22, 2005 to the following:

Rudolph Contreras, Esquire
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Rachel M. Smith, Esq.
EEOC- Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____/s/ Kevin J. Connors_____
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant,
        Nabstar, LLC, d/b/a Sleep Inn

DATED: November 22, 2005
\15_A\LIAB\KJC\SLPG\297021\LAS\21256\00512