**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN<br>Defendant | ) ) ) | |

**NOTICE OF SERVICE**

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **November 23, 2005**, I deposited copies of the following documents:

**(1)    FIRST SET OF INTERROGATORIES**
**(2)    FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

By hand delivery causing said document to be delivered to counsel at the following address:


Kevin J. Connors. Esq.
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4304

                                                                JUDITH A. O'BOYLE
                                                                Acting Regional Attorney


                              BY:    */s/ Rachel M. Smith*
                                                RACHEL M. SMITH
                                                Trial Attorney
                                                U.S. EEOC
                                                21 South Fifth Street, Suite 400
                                                Philadelphia, PA 19106
                                                (215) 440-2642