IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN Defendant | ) ) ) | |

## NOTICE OF SERVICE

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on December 21, 2005, I deposited copies of the following documents:

(1) EEOC's ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES
(2) EEOC'S ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES
(3) EEOC'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

By fax and regular U.S. Mail causing said document to be delivered to counsel at the following address:

Kevin J. Connors. Esq.
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4304

            JUDITH A. O'BOYLE
            Supervisory Trial Attorney

        BY: */s/ Rachel M. Smith*
            RACHEL M. SMITH
            Trial Attorney
            U.S. EEOC
            21 South Fifth Street, Suite 400
            Philadelphia, PA 19106
            (215) 440-2642