**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) | 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN Defendant | ) ) ) | |

## NOTICE OF SERVICE

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **February 17, 2006**, I deposited the following document:

**SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

By Fax and U.S. Mail causing said document to be delivered to counsel at the following address:

Kevin J. Connors. Esq.
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4304

                JUDITH A. O'BOYLE
                Supervisory Trial Attorney

           BY: */s/ Rachel M. Smith*
              RACHEL M. SMITH
              Trial Attorney
              U.S. EEOC
              21 South Fifth Street, Suite 400
              Philadelphia, PA 19106
              (215) 440-2642