**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN  Defendant | ) ) ) | |

## NOTICE OF SERVICE

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on March 2, 2006, I deposited copies of the following documents:

**NOTICE OF ORAL DEPOSITION of JOAN PAYNE
For March 9, 2006 at 9:00 A.M.**

**NOTICE OF ORAL DEPOSITION of JAY PATEL
For March 9, 2006 at 11 A.M.**

By fax and regular U.S. Mail causing said document to be delivered to counsel at the following address:

Kevin J. Connors. Esq.
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4304

                                              JUDITH A. O'BOYLE
                                              Supervisory Trial Attorney

BY:   */s/ Rachel M. Smith*
        RACHEL M. SMITH
        Trial Attorney
        U.S. EEOC
        21 South Fifth Street, Suite 400
        Philadelphia, PA 19106
        (215) 440-2642