IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) Civil Action No. 05-CV-0374 (GMS) |
| v. | ) |
| NABSTAR, LLC d/b/a SLEEP INN | ) |
| Defendant, | ) |

## NOTICE OF DEPOSITION

To: Rachel M. Smith
EEOC- Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant, NABSTAR, LLC d/b/a/ SLEEP INN, will take the testimony by oral deposition of Islyn A. Palmer, at 1:00 p.m., at the Office of the United States Attorney located at 1007 Orange Street, 7th Floor, Wilmington, Delaware, 19801.  This oral examination will continue until completion.  The deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure.

                                             MARSHALL, DENNEHEY, WARNER,
                                             COLEMAN & GOGGIN

                                  BY:     */S/ Kevin J. Connors*
                                             KEVIN J. CONNORS, ESQ.
                                             DE Bar ID: 2135
                                             1220 North Market Street, 5th Fl.
                                             P.O. Box 8888
                                             Wilmington, DE 19899-8888
                                             Attorney for Defendant,
                                             Nabstar, LLC, d/b/a Sleep Inn

**Dated: March 8, 2006**

\15_A\LIAB\KJCONNORS\LLPG\339325\VLLUCAS\21256\00512