IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) **Civil Action No. 05-CV-0374 (GMS)** |
| v. | ) |
| NABSTAR, LLC d/b/a SLEEP INN | ) |
| Defendant, | ) |

## CERTIFICATION OF SERVICE

I, Kevin J. Connors, hereby certify that I have served upon all persons listed below defendant's Notice of Deposition in the above-captioned matter via e-filing on March 8, 2006 to the following:

Rachel M. Smith
EEOC- Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                                        BY:    */S/ Kevin J. Connors*
                                                KEVIN J. CONNORS, ESQ.
                                                DE Bar ID: 2135
                                                1220 North Market Street, 5th Fl.
                                                P.O. Box 8888
                                                Wilmington, DE 19899-8888
                                                Attorney for Defendant,
                                                Nabstar, LLC, d/b/a Sleep Inn

**Dated: March 8, 2006**

\15_A\LIAB\KJCONNORS\LLPG\339327\VLLUCAS\21256\00512