**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

**Rachel M. Smith, Trial Attorney**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NABSTAR, LLC d/b/a SLEEP INN | ) ) |
| Defendant. | ) |

Civil Action No. 05-cv-374 (GMS)

**STIPULATION TO REQUEST AN
EXTENSION OF DISCOVERY**

     Plaintiff, EEOC, by and through its counsel, Rachel M. Smith, and Defendant, Nabstar, LLC, by and through its counsel, Kevin Connors, Esq. agree and stipulate to the following request:

1.     That the discovery end date of March 15, 2006, in this matter be extended for a period of 30 days until April 14, 2006.

2.     No other extensions of time have been requested or granted.

                                                                     Respectfully submitted,

| | |
|---|---|
| */s/ Kevin Connors, Esq.* | */s/ Rachel M. Smith* |
| Kevin Connors, Esq. | RACHEL M. SMITH, |
| Marshall, Dennehey, Warner, | Trial Attorney |
| Coleman & Goggin, | U.S. E.E.O.C. |
| 1220 Market Street, 5th Floor | 21 South 5th Street, Suite 400 |
| Wilmington, DE 19801 | Philadelphia, PA 19106 |

1