**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

**Rachel M. Smith, Trial Attorney**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,           ) ) ) | |
| Plaintiff,           ) ) | Civil Action No. 05-cv-374 (GMS) |
| v.           ) ) | |
| NABSTAR, LLC d/b/a SLEEP INN           ) ) | |
| Defendant.           ) | |

## STIPULATION TO REQUEST AN
## EXTENSION OF DISCOVERY

Plaintiff, EEOC, by and through its counsel, Rachel M. Smith, and Defendant, Nabstar, LLC, by and through its counsel, Kevin Connors, Esq. agree and stipulate to the following request:

1. That the discovery end date of March 15, 2006, in this matter be extended for a period of 30 days until April 14, 2006.

2. No other extensions of time have been requested or granted.

Respectfully submitted,

/s/ Kevin Connors, Esq.
Kevin Connors, Esq.
Marshall, Dennehey, Warner,
Coleman & Goggin,
1220 Market Street, 5th Floor
Wilmington, DE 19801

/s/ Rachel M. Smith
RACHEL M. SMITH,
Trial Attorney
U.S. E.E.O.C.
21 South 5th Street, Suite 400
Philadelphia, PA 19106