## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NABSTAR, LLC d/b/a SLEEP INN | ) ) |
| Defendant. | ) |

Civil Action No. 05-cv-374

## STIPULATION TO REQUEST AN
## EXTENSION OF DISCOVERY

     Plaintiff, EEOC, by and through its counsel, Rachel M. Smith, and Defendant, Nabstar, LLC, by and through its counsel, Kevin J. Connors, Esq., agree and stipulate to the following request:

     That the dispositive motion filing deadline of March 15, 2006 be extended for a period of **30 days** to **April 14, 2006** for the reasons set forth below:

1. The deposition of Islyn Palmer, Charging Party, is pending for March 17, 2006.

2. The depositions of at least two third party witnesses are pending tentatively for March 20, 2006.

3. A need for further discovery beyond the original dispositive motion deadline of March 15, 2006 is necessary in order to gather the required information to file a dispositive motion in this matter.

 

                                                                                                                        Respectfully submitted,

| | |
|---|---|
| */s/ Kevin J. Connors* | s/ *Rachel M. Smith* |
| Kevin J. Connors, Esq. | RACHEL M. SMITH, |
| Marshall Dennehey Warner Coleman & Goggin | Trial Attorney |
| 1220 Market Street  5th Floor | U.S. E.E.O.C. |
| Wilmington, DE 19801 | 21 South 5th Street, Suite 400 |
| | Philadelphia, PA 19106 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 05-cv-374 |
| Plaintiff, | ) | |
| v. | ) ) | |
| NABSTAR, LLC d/b/a SLEEP INN | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of the Stipulation to Request an Extension of Dispositive Motion deadline by both parties, it is hereby ORDERED:

That the Stipulation to Request an Extension of Dispositive Motion deadline by 30 days to April 14, 2006 is HEREBY GRANTED.

BY THE COURT:

_____
HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE