IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) **Civil Action No. 05-CV-0374 (GMS)** |
| v. | ) |
| NABSTAR, LLC d/b/a SLEEP INN | ) |
| Defendant, | ) |

### RE-NOTICE OF DEPOSITION

To:   Rachel M. Smith
      EEOC- Philadelphia District Office
      21 S. 5th Street, Suite 400
      Philadelphia, PA 19106

   PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant, NABSTAR, LLC d/b/a/ SLEEP INN, will take the testimony by oral deposition of Islyn A. Palmer, at 9:00 a.m., at the office of Marshall, Dennehey, Warner, Coleman & Goggin, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801. This oral examination will continue until completion. The deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure.

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                            BY:   */S/ Kevin J. Connors*
                                        KEVIN J. CONNORS, ESQ.
                                        DE Bar ID: 2135
                                        1220 North Market Street, 5th Fl.
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        Attorney for Defendant,
                                        Nabstar, LLC, d/b/a Sleep Inn

**Dated: March 16, 2006**
**cc:  Court Reporter**

\15_A\LIAB\KJCONNORS\LLPG\339325\VLLUCAS\21256\00512