# **CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below two true and correct copies of the RE-NOTICE OF DEPOSITION in the above-captioned matter this date via fax and E-File to the following:

Rudolph Contreras, Esquire
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Rachel M. Smith, Esq.
EEOC- Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____/s/ Kevin J. Connors_____
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Nabstar, LLC, d/b/a Sleep Inn

DATED: March 16, 2006
\15_A\LIAB\KJCONNORS\SLPG\340763\LAREFNER\21256\00512