IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) | 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN Defendant | ) ) | |

## NOTICE OF SERVICE

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on 3/14/2006, I served the following document:

**SUBPOENA FOR DEPOSITION For March 20, 2006**

By personal process server causing said document to be delivered to the following addresses:

Ms. Alice Yang
134 Chapel Hill Drive
Newark, De 19801

Mr. Steven Chen
403 Saint Regis Drive
Newark, DE 19801

                                                        JUDITH A. O'BOYLE
                                                        Supervisory Trial Attorney

                           BY:    */s/ Rachel M. Smith*
                                          RACHEL M. SMITH
                                          Trial Attorney
                                          U.S. EEOC
                                          21 South Fifth Street, Suite 400
                                          Philadelphia, PA 19106
                                          (215) 440-2642