# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) Civil Action No. 05-CV-0374 (GMS) ) **PLAINTIFF EEOC'S FIRST SET OF** |
| v. | ) **INTERROGATORIES** |
| NABSTAR, LLC d/b/a SLEEP INN | ) |
| Defendant, | ) |

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the RESPONSE OF DEFENDANT, NABSTAR, LLC d/b/a SLEEP INN, TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS in the above-captioned matter via fax and U.S. Mail on March 20, 2006 to the following counsel:

Rachel M. Smith, Esq.
US EEOC- Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

BY:    */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant,
        Nabstar, LLC, d/b/a Sleep Inn

DATED: March 20, 2006

\15_A\LIAB\KJCONNORS\LLPG\341333\VLLUCAS\21256\00512