**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

EQUAL EMPLOYMENT OPPORTUNITY ) 
COMMISSION, )
            )       Civil Action No.
          Plaintiff, )       05-CV- 00374 (GMS)
            )
          v. )
            )
NABSTAR, LLC D/B/A SLEEP INN )
          Defendant )

**NOTICE OF RE- SERVICE OF SUBPOENA**

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on 4/04/2006, the following document was served:

**SUBPOENA FOR DEPOSITION for April 6, 2006 at 9 am**

By personal process server causing said document to be delivered to the following addresses:

Mr. Steven Chen
403 Saint Regis Drive
Newark, DE 19801


                         JUDITH A. O'BOYLE
                         Supervisory Trial Attorney

        BY:    */s/ Rachel M. Smith*
                         RACHEL M. SMITH
                         Trial Attorney
                         U.S. EEOC
                         21 South Fifth Street, Suite 400
                         Philadelphia, PA 19106
                         (215) 440-2642