**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 00374 (GMS) |
| v. | ) ) | |
| NABSTAR, LLC D/B/A SLEEP INN<br>Defendant | ) ) ) | |

**NOTICE OF SERVICE OF SUBPOENA**

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on 4/07/2006, the following document was served:

**SUBPOENA FOR DEPOSITION for April 11, 2006 at 1 pm**

By personal process server causing said document to be delivered to the following addresses:

Ms. Lynn Hopkins
211 South Avon Drive
Claymont, DE 19703

                                              JUDITH A. O'BOYLE
                                              Supervisory Trial Attorney

BY:   */s/ Rachel M. Smith*
         RACHEL M. SMITH
         Trial Attorney
         U.S. EEOC
         21 South Fifth Street, Suite 400
         Philadelphia, PA 19106
         (215) 440-2642