A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

Pennsylvania
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

New Jersey
Cherry Hill
Roseland

Delaware
Wilmington

Ohio
Akron

Florida
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: (302) 552 4302
Email: kjconnors@mdwcg.com

April 11, 2006



The Honorable Gregory M. Sleet
U. S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:  Islyn A. Palmer v. Sleep Inn by Choice
     Hotel International
     C. A. No. 05-CV-0374 (GMS)
     EEOC# 170-2004-00029
     Our File:  21256-00512

Dear Judge Sleet:

   The undersigned attorney represents defendant and plaintiff is represented by Rachel Smith, Esq. Both the discovery cut-off and the dispositive motion deadline are currently set for Friday, April 14, 2006. The deposition of witness, Steven Chen, was completed on April 6, 2006 and the deposition of Lynn Hopkins was completed on April 11, 2006. To permit sufficient time for both of these depositions to be transcribed, provided to counsel and reviewed by counsel and to permit defense counsel time to communicate the results of those depositions to my principal in order to respond to plaintiff's settlement demand and perhaps forestall the filing of a dispositive motion, the parties respectfully request that the dispositive motion deadline only be extended by one (1) week until Friday, April 21, 2006. Counsel for the parties respectfully submit the enclosed Stipulation.

   Counsel for the parties thank Your Honor for consideration of this request.

Very truly yours,

Kevin J. Connors

KJC/vll
Enclosure

Cc:  Clerk of the Court (w/enclosure)