IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NABSTAR, LLC d/b/a SLEEP INN,<br><br>Defendants. | :<br>:<br>:    C.A. No. 05-374-GMS<br>:<br>:<br>:    TRIAL BY JURY DEMANDED<br>:<br>:<br>: |

### STIPULATION TO EXTEND TIME

It is hereby stipulated by and between the parties through their undersigned counsel, and subject to approval by the Court, that the dispositive motion deadline is extended by one (1) week from Friday, April 14, 2006 to Friday, April 21, 2006.

| | |
|---|---|
| EEOC- PHILADELPHIA DISTRICT OFFICE<br><br>*Rachel Smith*<br>RACHEL SMITH, ESQUIRE<br>21 S. 5th Street, Suite 400<br>Philadelphia, PA 19106<br>Attorney for Plaintiff | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN<br><br>*Kevin J. Connors*<br>KEVIN J. CONNORS, ESQUIRE<br>1220 North Market Street, 5th Fl.<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>Attorney for Defendant, Nabstar LLC d/b/a Sleep Inn |

SO ORDERED

_____
JUDGE GREGORY M. SLEET

\15_A\LIAB\KJCONNORS\LLPG\34564\\VLLLCAS\21256\0512