# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) ) | C. A No. 05-CV-0374 (GMS)<br>**TRIAL BY JURY OF**<br>**TWELVE DEMANDED** |
| NABSTAR, LLC d/b/a SLEEP INN | ) | |
| Defendant, | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the AMENDED RESPONSE OF DEFENDANT, NABSTAR, LLC d/b/a SLEEP INN, TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS in the above-captioned matter via fax and U.S. Mail on April 21, 2006 to the following counsel:

Rachel M. Smith, Esq.
US EEOC- Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN & GOGGIN

                BY:     */s/ Kevin J. Connors*
                              KEVIN J. CONNORS, ESQ.
                              DE Bar ID: 2135
                              1220 North Market Street, 5th Fl.
                              P.O. Box 8888
                              Wilmington, DE 19899-8888
                              Attorney for Defendant,
                              Nabstar, LLC, d/b/a Sleep Inn

DATED: April 21, 2006
\15_A\LIAB\KJCONNORS\LLPG\348148\VLLUCAS\21256\00512