THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT COURT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) **Civil Action No. 05-CV-0374 (GMS)** |
| Plaintiff, | ) ) ) |
| NABSTAR, LLC d/b/a SLEEP INN | ) ) ) |
| Defendant, | ) |

**EXHIBITS A THROUGH K IN SUPPORT OF MEMORANDUM
OF POINTS AND AUTHORTIES IN SUPPORT OF THE MOTION OF
DEFENDANT, NABSTAR, LLC D/B/A/ SLEEP INN, FOR SUMMARY JUDGMENT**

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   */s/ Kevin J. Connors*
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants

Dated: April 24, 2006