Exhibit

"C"

1

```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                   )
                              )
          Plaintiff,          )
                              )
v.                            )    Civil Action No.
                              )      05-CV-0374
NABSTAR, LLC, d/b/a SLEEP INN,)
                              )
          Defendant.          )
```

          Deposition of JAY PATEL taken pursuant to
notice at the offices of The Attorney General, 1007
Orange Street, Wilmington, Delaware, beginning at 1:30
p.m. on Thursday, March 9, 2006, before Anne L. Adams,
Registered Professional Reporter and Notary Public.

APPEARANCES:

          RACHEL M. SMITH, ESQ.
          UNITED STATES EQUAL EMPLOYMENT
          OPPORTUNITY COMMISSION - PHILADELPHIA DISTRICT
            The Bourse
            111 S. Independence Mall East
            Suite 400
            Philadelphia, Pennsylvania  19106-2515
            for the Plaintiff,
          KEVIN J. CONNORS, ESQ.
          MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
            1220 Market Street, 5th Floor
            P.O. Box 130
            Wilmington, Delaware  19899
            for the Defendant.

   ALSO PRESENT:  Islyn Palmer


-----------------------------------------------------
                  WILCOX & FETZER
   1330 King Street - Wilmington, Delaware 19801
                  (302) 655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters

W&F

**WILCOX & FETZER LTD.**
Registered Professional Reporters

2

1                      JAY PATEL,

2           the witness herein, having first been

3           duly sworn on oath, was examined and

4           testified as follows:

5                      EXAMINATION

6    BY MS. SMITH:

7       Q.   Hello, Mr. Patel.  My name is Rachel Smith.  I'm

8    a trial attorney with the US EEOC.  I'm here to take your

9    deposition in the matter of EEOC versus Nabstar, doing

10   business as Sleep Inn, related to charges Ms. Islyn

11   Palmer has brought against Nabstar, LLC.

12      A.   Okay.

13      Q.   What is your full name, for the record, and your

14   current address?

15      A.   Jay Patel.  My home address?

16      Q.   Yes.

17      A.   18 Amberfield Lane.

18      Q.   Could you spell that?

19      A.   A-M-B-E-R-F-I-E-L-D.

20      Q.   Are you represented today by counsel?

21      A.   Yes.

22      Q.   And that would be Mr. Connors?

23      A.   Yes.

24      Q.   Have you ever been deposed before?



1    A.    No.

2    Q.    So you are aware you are under oath and your

3    testimony is being recorded under the same penalty of

4    perjury as if you were in a court of law.  Do you

5    understand that?

6    A.    Yes.

7    Q.    When I ask you questions and we're going back and

8    forth sometimes, it may seem to be a conversational tone

9    and we will want to interrupt one another.  So if you do

10   me the courtesy of not talking over me and I will attempt

11   to do the same for you.  That way the court reporter will

12   be able to take down one person at a time.

13         If you could respond to my questions with a

14   verbal yes or no or whatever your answer is in words and

15   not uh-huh or uh-uh or shaking or nodding of the head

16   because the court reporter can't transcribe that.

17   A.    Okay.

18   Q.    If you need a break, as you know, just inform

19   myself and counsel will decide on an appropriate time to

20   break.  If counsel objects to any of my questions, allow

21   counsel to fully state its objection and then we can

22   resolve the objection and, most of the time, you will be

23   able to answer the question that's asked.

24         Are you on any medications or under the

Jay Patel

4

1   influence of any drugs or alcohol that could impede your

2   ability to testify truthfully today?

3       A.   No.

4       Q.   Did you review any documents in advance of your

5   testimony today?

6       A.   Just the answers that we supplied to you, recent

7   questionnaire that was given to us.

8       Q.   Were there any other documents that you reviewed?

9       A.   I reviewed documents in our, the previous

10  deposition while we were sitting here.

11      Q.   Did you review any documents to refresh your

12  recollection?

13      A.   No.  I have a pretty good -- I remember the whole

14  case myself.  So I didn't have to.

15      Q.   When did you begin working with Nabstar, LLC?

16      A.   That was form when we purchased the Sleep Inn.

17  So usually the corporation is formed about a month or two

18  before the acquisition is done.  So, you know, the

19  company that bought it, you know, I was overseeing.  And

20  I'm just the regional vice-president for the company.

21      Q.   You became regional vice-president of Nabstar,

22  LLC?

23      A.   Well, I was involved from the time that they put

24  the contract on the hotel to buy it.

1    Q.    What was your involvement regarding the contract

2    and purchase of Sleep Inn?

3    A.    I was working with the acquisition part of it,

4    figuring out the contract language, closing.  However,

5    the sellers were not very cooperative.  And they did not

6    give us any information until pretty much July 30th.

7    Q.    I guess the question that I'm asking is:  You

8    became regional vice-president of Nabstar, LLC, in what

9    year?

10    A.    2003.  I don't remember the exact date.  But

11    that's usually done probably a month or two before the

12    contract was going to close.

13    Q.    Did someone place you in that position?

14    A.    Yes.  My father.

15    Q.    Is what is your father's name?

16    A.    Bob Patel.

17    Q.    And what is his role in Nabstar, LLC?

18    A.    He's a president.

19    Q.    Now, are you and your father both owners of Sleep

20    Inn?

21    A.    Yeah, part owners.  We have other owners in it.

22    Q.    And does your father own Nabstar, LLC?

23    A.    No.  It's owned by a group of investors.

24    Q.    And who placed your father in the role of



Jay Patel

6

```
1    president?

2        A.    The investors.

3        Q.    Is there any specific names of the investors?

4        A.    Yeah.  Haresh Joshi, Vikas Joshi.  H-A-R-E-S-H

5    J-O-S-H-I, V-I-K-A-S J-O-S-H-I.

6        Q.    Those are the investors?

7        A.    Yeah.  And I don't remember the other ones.

8    There might be smaller ones in there.  But I'm not

9    familiar with them.

10       Q.    So the main investors hired your father to become

11   president of Nabstar.  So the main investors of Nabstar

12   hired your father to become president of Nabstar; is that

13   correct?

14       A.    Yes.

15       Q.    And was that while they were compiling or

16   organizing the actual company of Nabstar?

17       A.    Yes.  Well, for each acquisition, they form a new

18   corporation.  So there is no hotels involved in this.

19   There is only one hotel involved with this corporation.

20       Q.    So, basically, this company was created for the

21   sole purpose of purchasing Sleep Inn Hotel?

22       A.    Correct.

23       Q.    And for which purpose your father is the

24   president?
```



Jay Patel

7

1    A.    Uh-huh.

2    Q.    And he then hired you as regional vice-president;

3    is that correct?

4    A.    Yes.

5    Q.    And what year did all this occur?

6    A.    2003.

7    Q.    And prior to your becoming regional

8    vice-president, what was your previous employment?

9    A.    Well, I serve in a similar role for another hotel

10    that we have, which was formed the same way, different

11    corporation.

12    Q.    So you are a regional vice-president for other

13    corporations that purchase hotels currently?

14    A.    Yes.

15    Q.    What other hotels or companies that own the

16    hotels did you serve as regional vice-president?

17    A.    Nab Hospitality.

18    Q.    Is that what the hotel's name is?

19    A.    No, that's the corporation.

20    Q.    What hotel does Nab Hospitalities own?

21    A.    Hawthorne Suites.

22    Q.    And you are currently regional vice-president in

23    that capacity?

24    A.    Yes.

Jay Patel

8

1    Q.    Are there any other hotels you currently service

2  as regional vice-president?

3    A.    No.

4    Q.    You only serve as a regional vice-president at

5  this time for two?

6    A.    Yes.

7    Q.    Prior to serving as regional vice-president to --

8  Nab Hotels is it?  What is the name of your other

9  corporation?

10    A.    Nab Hospitalities.

11    Q.    Prior to that, what was your employment?

12    A.    I was general manager for them, for the hotel.

13    Q.    And what year were you general manager?

14    A.    I have been general manager from 1996 until 2003

15  on and off.  There have been times where I have had

16  somebody come in and so I kind of step back and I've

17  stepped back in.

18    Q.    Is there a reason why you would step back from

19  becoming general manager?

20    A.    So I would try to find other opportunities for

21  them, for the hotel, opportunities for them.

22    Q.    Hotel opportunities for the corporation?

23    A.    Yes.

24    Q.    Were you in sales as well?



Jay Patel

9

1    A.    When I was GM, I did slight sales, like people

2    call it in and you answer phone calls.  So that involves

3    as part of the GM duties everywhere.

4    Q.    So you are a general manager of Nab Hospitality

5    from 1996 until 2003?

6    A.    Right.

7    Q.    And prior to 1996, what was your employment?

8    A.    I worked for a computer programming company for

9    about five months.  And prior to that, I graduated from

10   University of Delaware.

11   Q.    And prior to your collegiate tenure, did you go

12   right from high school into college?

13   A.    Yes.

14   Q.    And what was your degree in?

15   A.    Electrical engineering.

16   Q.    And in your capacity as regional vice-president

17   of Nabstar, what are your duties and responsibilities?

18   A.    I have to oversee the general managers.  We have

19   regular meetings.  Could be once, twice or as needed with

20   the managers.  And in that we discuss the entire

21   operation from the staffing, you know, if there is

22   scheduling, they have difficulty scheduling, sales, any

23   supply ordering.  Basically, you run the operation

24   smoother.

Jay Patel

10

1    Q.    So were you a support for the general managers of

2    your hotels?

3    A.    Yes.

4    Q.    How many general managers at this time does

5    Nabstar, LLC, have?

6    A.    Just one.

7    Q.    And who is that general manager?

8    A.    Joan Payne.

9    Q.    And you oversee, you supervise or you oversee

10   Ms. Payne's duties and responsibilities as general

11   manager; is that correct?

12   A.    Correct.

13   Q.    Do you know what her duties and responsibilities

14   are --

15   A.    Yes.

16   Q.    -- as general manager?

17   A.    Yes.  She --

18   Q.    I will ask the question.  What are Ms. Payne's

19   responsibilities as general manager of Nabstar, LLC?

20   A.    She's in charge of the operation of the hotel,

21   sales.  The operation side involves hiring, termination

22   of the employees, training of the employees, sales,

23   maintenance of the property.  Basically, she's

24   responsible 7 days, 24 hours for the operation of the

11

1  hotel is running properly, resolve any guest issues

2  immediately.  If there were any employees' issues, she

3  needs to have a meeting with the employee.

4    Q.  As regional vice-president, have you ever offered

5  any training on any of the laws of discrimination, either

6  state or federal?

7    A.  Yes.  We have the mandated poster that's involved

8  there.  Most of these laws, people have worked at a hotel

9  organization.  That's where we pick them out.  So

10 everybody has the same laws that have already been

11 trained in the past.

12          As an enforcement, we go through this

13 regularly in our meetings.  So if there are any

14 questions, she will ask about it.  But all the laws are

15 posted at all the properties.  And since she came from

16 the bigger property, you know, that required very little

17 learning curve versus somebody fresh in the position.

18   Q.  So as far as her job duties were concerned, you

19 did not need to train her as far as her job duties were

20 concerned?  Miss Payne I'm talking about.

21   A.  No, I did have to train her in the sense of the

22 operation and scheduling part, hiring people because that

23 is something she had not done before.  However, in

24 regards to her training, it was an ongoing training

**W&F**
WILCOX & FETZER LTD.
Registered Professional Reporters

Jay Patel

12

1 because we were buying an existing operating hotel.  So

2 we to have general manager.  However, since we are not a

3 big company, only one hotel under Nabstar, we had to

4 train a manager also at the same time.  But she was in a

5 hotel industry.  It was easy to understand the hotel

6 business part of it.

7    Q.    Well, my question was:  Was she given specific

8 training on the laws against discrimination, either state

9 or federal?  Besides the posters hanging, was there ever

10 a meeting or a training held or led regarding the laws of

11 discrimination?

12    A.    No, not at that time.  Because --

13    Q.    Well --

14    A.    Let me finish.

15    Q.    It was just a yes or no question.  You said that

16 you had trained Miss Payne on the scheduling, on how to

17 schedule employees because she had never done that

18 before; is that correct?

19    A.    Yes, yes.

20    Q.    When do you recall, when was the sale and

21 purchase of Sleep Inn Hotel by Nabstar, LLC?  When was

22 that completed?

23    A.    It was Monday.  I think it's August 4th was a

24 Monday.

Jay Patel

13

1    Q.    So the sale was completed August 4, 2003?

2    A.    Correct.   That's when we took possession, after 3

3    p.m.

4    Q.    From the previous owners?

5    A.    Yes.

6    Q.    Were the previous owners on the property on

7    August 4th at all?

8    A.    I can't remember if they were there before.   But

9    at the time of the closing, they just sent their general

10    manager to hand us the keys and left.   That's it.

11    Q.    Who was their general manager, the previous

12    owners?

13    A.    Lynn -- I'm not sure about the last name.   Lynn

14    Hopkins I think.   Lynn is the first name.

15    Q.    Now, in acquiring this hotel, you had testified

16    just a couple minutes ago that they weren't very

17    cooperative you didn't get a lot of information from

18    them.

19    A.    Right.

20    Q.    What information is needed to purchase a hotel?

21    A.    Typically, what the sales are booked, what

22    supplies we have, who is on staffing level.   That was the

23    most important item.   And we were not even allowed to

24    talk to any of their employees until we purchased the

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

Jay Patel

14

1    hotel.  That was their condition.

2        Q.  Until the purchase was made on August 4th; is

3    that correct?

4        A.  Correct.  However, we requested as a courtesy,

5    and finally after begging to them, on July 30th, they

6    actually scheduled an orientation.

7        Q.  So the previous owners scheduled an orientation

8    for the persons on staff to meet the new owners?

9        A.  Yes.  And that was the result because of

10   somebody, from competitor in the market, that it was

11   being sold so the employees started leaving.  So they

12   said employees are scared.  And I said no problem.  We

13   will come in if you want us to come in.  However, we

14   asked this information a long time ago.

15       Q.  Right.  Okay.  So as did you know at that time --

16   you said July 30th was the orientation?

17       A.  July 30th, 31st, somewhere around there.  I

18   remember the 30.  I'm thinking it's 30.  It was in the

19   middle of the week.

20       Q.  Did you, at that time, have a general manager?

21       A.  No.  Actually, we had hired -- well, we

22   supposedly thought we had a general manager who decided

23   not to come on board about a week prior to it.

24       Q.  Do you know that individual's name?



WILCOX & FETZER LTD.
Registered Professional Reporters

15

1    A.    I can't recall right now.  But -- no, I can't

2    recall.  I don't want to quote you a wrong last name.

3    But we had an offer letter.  He signed it.  Or he didn't

4    sign it.

5    Q.    You sent an offer letter to this individual and

6    they decided not to come on board?

7    A.    Right.  Because the transaction was taking longer

8    and, apparently, he found another job.

9    Q.    And when did you hire Miss Payne for the job of

10   general manager?

11   A.    She was hired the Friday before the closing.  So

12   that would be, I think, August 1st.

13   Q.    Was Miss Payne made aware of the orientation that

14   took place?

15   A.    Not until we actually closed the property, and

16   then in our weekly meetings we started talking at those

17   orientations.

18   Q.    Were you present at the orientation on --

19   A.    Yes, I was.

20   Q.    Let me finish the question.  Were you present at

21   the orientation on July 30th, 2003?

22   A.    Yes.

23   Q.    And do you recall if any employees showed up to

24   that orientation?



Jay Patel

16

1    A.    They did not provide us names.  But we knew the

2    general manager and the front office manager.  So I saw

3    them.  I do not remember seeing Islyn.

4    Q.    I didn't ask that.  I asked if any employees

5    showed up to the meeting.

6    A.    There were quite a bit of employees.  But they

7    told me that few employees did not show up.  And there

8    was no sign-up sheet that they gave out.  However, they

9    did not give us full access to any of this information.

10   So it was very hard to do this.

11   Q.    You said you were there at the orientation,

12   correct?

13   A.    Uh-huh.

14   Q.    And you said it had been very difficult for you

15   to even get information on the employees; is that

16   correct?

17   A.    Yes, until they were sure that we were going to

18   go close on Monday.

19   Q.    So at that time, on July 30th, they did allow you

20   access through this orientation to meet the employees,

21   correct?

22   A.    Very limited though.

23   Q.    Okay.  When you say limited, were you allowed to

24   speak to anyone?

17

1    A.    In a sense that tell them that we are purchasing

2    the hotel.  And what do you do with employees?  And we

3    said we would like to keep almost all of them.  However,

4    they will have to apply with us.

5    Q.    They will have to fill out a whole new

6    application?

7    A.    Right.  That's a standard procedure at all

8    businesses.  They have to re-apply with the new owners.

9    Q.    So you told the prior owners that or did you tell

10   the employees that you wanted them to fill out new

11   applications?

12   A.    Employees.  We told them they will have to fill

13   out new paperwork.  Everything will start new as they

14   were newly applying for the position.  Because that's

15   according to the laws and standard practice of every new

16   business acquisition.

17   Q.    Right.  Now, were you in charge of receiving or

18   reviewing new applications?

19   A.    Not quite.  That was supposed to be done with the

20   general manager in accordance because that would be my

21   helping hand.

22   Q.    Was there ever a time when an application is

23   filled out and Ms. Payne was not aware of that

24   application being filled out?



Jay Patel

18

1    A.    That has happened.

2    Q.    Do you remember with whom?

3    A.    That's what we're sitting here for.  Islyn

4    Palmer.

5    Q.    Is there anyone else besides Ms. Palmer that

6    happened to?

7    A.    Marisol Gomez was another instance which I had to

8    hire because I did not have a general manager on board.

9    Q.    But did you accept Miss Gomez's application?

10   A.    Yes.

11   Q.    You were aware that it existed, correct?

12   A.    Yes.  She had applied.

13   Q.    I guess my question -- I will repeat the

14   question.  Besides Ms. Palmer, has there ever been any

15   employee that has applied, had an application in an

16   employee file in your records that you did not know

17   about?

18   A.    You have to clarify the question because it could

19   be before or after.

20   Q.    After Nabstar took over -- we are discussing as

21   regional vice-president of Nabstar -- at any time has any

22   other employee filled out an application that you weren't

23   aware that they applied to work and then subsequently

24   worked?

19

1    A.    I'm not sure I quite I understand the question.

2    Because currently the employees apply over there that I'm

3    not aware because the regular front desk housekeeping

4    employees, we don't get to see them.  I typically only

5    get to see the management staff applications.

6    Q.    Well, I will rephrase the question.  Has there

7    ever been an issue or problem with an employee that works

8    on staff that Nabstar, LLC, had not been aware that they

9    had ever worked there?  Has there ever been an issue or a

10   problem where that is concerned similar to the problem

11   with Mrs. Palmer?

12        MR. CONNORS:  I object to the form.

13   A.    I'm not quite understanding the question.

14   Q.    I will rephrase it again.  You had mentioned

15   earlier that the reason why you here is because of the

16   situation with Ms. Palmer.  She filled out an application

17   and you weren't aware of that happening.

18   A.    No, I think I'm misunderstanding you.

19   Mrs. Palmer filled out an application and we are trying

20   to find out how she got here.  But Miss Payne was not

21   aware when she filled out application because she

22   actually had communication with me, meaning Ms. Palmer.

23   Q.    So you were aware of Ms. Palmer's employment

24   prior to her termination; is that correct?

Jay Patel

20

1    A.    I was aware of her employment, but I was not

2    aware of her employment with the previous owners.  So,

3    you see, as of August 4th, we are a new company.  So we

4    are looking at a fresh new start.  And at that point, she

5    had not applied to us.

6    Q.    On August 4th?

7    A.    Correct.

8    Q.    Do you recall when Ms. Palmer applied to your

9    company?

10   A.    Actually, she applied on a Saturday August 9.

11   The way she applied was, we were not aware of her.  So

12   employees leaving in total chaos, we put in a person over

13   there to do the morning breakfast because that's required

14   by our franchise company.  So what happened was, I called

15   the hotel in the morning.  And the front office manager

16   was working because Miss Payne was off.  It a Saturday.

17   She was off, working the whole week.

18        And the manager said there is a lady in the

19   lobby screaming out here at everybody saying this is her

20   job.  I said I don't know who this person is.  I said,

21   okay, wait until I get there.  And I got there in about

22   an hour and I talked to her.

23   Q.    You talked to Miss Palmer on August 9th?

24   A.    Yes.  And that's when I said you have to put in

Jay Patel

21

1    an application.  And then we know you have to talk to the

2    manager.  And then based on your schedule, she will try

3    to work with you.  But we want to hire you because we are

4    not trying to lay off people here.

5        Q.   Because earlier you testified that you wanted to

6    try to keep as many people as possible; is that correct?

7        A.   Correct.  But what I was not aware of, her

8    part-time schedule.

9        Q.   I haven't gotten there yet.

10       A.   No.  But on August 9 when we talked about it, I

11   said what you have to do is apply here, take the

12   application and employee handbooks, you have to sign all

13   that.  And then because the manager -- Joan Payne is the

14   general manager.  She's not here.  You will have to talk

15   to her on Monday.

16       Q.   And that would have been the 11th?

17       A.   Right.  Now, at that point --

18       Q.   Are you answering a question?

19       A.   Yeah.  I'm finishing up the application part.  So

20   that's an example of the application that I was aware of

21   but she was not aware of.

22       Q.   Has that ever happened with any other employee?

23       A.   Not after the first two or three weeks because

24   the first two or three weeks we had a lot of chaos

Jay Patel

22

1   because we didn't know who was staying and who was not

2   coming on board.

3       Q.   So, basically, is Ms. Palmer the only employee

4   that you ever had that problem with?

5       A.   Yes, correct.

6       Q.   Did Miss Payne start as general manager on August

7   4th, 2003?

8       A.   Yes.

9       Q.   And had she been trained as far as scheduling and

10  the operation of the business prior to August 4, 2003?

11      A.   Not with us because that was her first day.   But

12  I assume maybe she was trained in the past employments

13  that she worked at.

14      Q.   And among the things that you're aware of that

15  she did not know as far as her job as general manager, I

16  think you testified, was scheduling and payroll; is that

17  correct?

18      A.   Yes.

19      Q.   So after her first day at work, did you then take

20  it upon yourself to then train her on these different

21  aspects of her job?

22      A.   Right.   We, actually, had a meeting a few days

23  later because we needed a few days to sort out who was

24  actually here.   Because as we walked into the hotel, we

23

1   found out the employees said I'm leaving now.   I'm down.

2   I said, aren't you staying?  No, I'm done with this job

3   and I'm going home.  See ya.  So we found out several

4   employees like that.  We weren't sure who was going to

5   show up to work that evening or the next day in the

6   morning.  Based on my experience, we go ahead and stock

7   up with the employees.

8       Q.   You just go ahead and --

9       A.   Start hiring some of the key position employees.

10  And so back Thursday or Friday, I think I had a brief

11  meeting on scheduling.  I said from whatever list that

12  you have that have already applied to you, you make your

13  schedules from that one.

14      Q.   Was there an existing schedule?

15      A.   None that I saw.  I was not aware of the existing

16  schedule.  And that's the other comment to it, because

17  the sellers really didn't leave us with much.  And if

18  they did, after the first Monday, we just didn't even

19  take that seriously because half the employees didn't

20  really stay.  What I'm saying is some of the employees

21  didn't really stay.  So we really thought just take an

22  inventory of who is in-house and we will make a new

23  schedule according to our policy.

24      Q.   In trying to take stock amidst all the chaos of

Jay Patel

24

1  trying to find out who's staying, people are leaving, the

2  day you arrived as the new owners, how did you go about

3  doing that as regional vice-president?

4     A.   Since we came in after 3:00, that means all the

5  housekeeping was already done and it was part of the

6  previous owners' pay and their accounting.  So we really

7  don't know much about housekeeping.  So that led to

8  another problem over the breakfast.  Because the

9  housekeeping and breakfast is pretty much the same

10  department.  The same department oversees.

11          Now, the problem with the breakfast was

12  Mr. Steven Chen, who is the brother of the previous

13  owner, his wife used to do the head housekeeping and the

14  breakfast in the morning.  However, as part of the sale,

15  she said they are going back home from Taiwan or China or

16  wherever they are from and you are on your own from

17  tomorrow.  So we had no idea who was going to do the

18  breakfast the next day.

19          So the first three or four days were

20  complete chaos.  We were just hoping that people were

21  showing up to duties as they were under the previous

22  owner.  And if they came in, they would apply with us

23  first before they got on duty.  And then we would start

24  meeting with them and start talking with them.  Because

25

1  previous owners did not want us to talk to them before.

2      Q.   So you came in at 3:00 on August 4th.   And most

3  of the employees had gone for the day; is that --

4      A.   All the housekeeping had pretty much left.   There

5  was only one person on the front desk.   He was finishing

6  up until 5:00.   The housekeeping had pretty much left

7  from the hotel.   The head housekeeper, the supervisor,

8  was the previous owners' family.   So she had gone.   Or

9  they were in the process of leaving and that was their

10 last time on the property.

11         And there was the one front desk person who

12 we thought was going to stay but said I'm leaving as of

13 5:00.   I'm moving to somewhere south.   And I said I will

14 give you a little bit more money.   Would you want to stay

15 here and help us out?  Nope.   I'm done.   I'm taking off.

16 I said, who's coming in?  He said I don't know.

17         So then, at that point, we really don't know

18 what to do until the next day in the morning when the

19 housekeeping staff comes to work.   And then we know who

20 we have on the housekeeping staff.   Then we would take

21 the applications and start talking to them and start

22 understanding them.

23     Q.   Okay.   So you left around 5:00 on August 4th, you

24 and Miss Payne, without having spoken to any of the

Jay Patel

26

1  housekeeping staff about who was working, who was on

2  staff; is that correct?

3      A.    Yes, except what the -- I don't know the lady's

4  name, the supervisor.  She said tomorrow the housekeeping

5  will come in as it is.  That's all she said.

6      Q.    Okay.  And you are not aware of an old schedule

7  that was in existence?

8      A.    No.

9      Q.    Do you know if Miss Payne was aware of an old

10 schedule that was in existence?

11     A.    No, I did not know that.

12     Q.    When you spoke to Miss Payne about how to

13 schedule and how to go about her job duties that she was

14 not familiar with in this position as general manager,

15 what exactly did you tell her or how did you tell her to

16 go about the duties of scheduling in particular?

17     A.    Typically, we require that you have a supervisor

18 on duty.  You have one breakfast person always dedicated,

19 not shared like these people that they used to do, you

20 know, the supervisor is going to do breakfast and all

21 that.  On a standard, I'm giving you general information

22 how the staffing would be done.  That's how I was

23 explaining to her.

24          However, sometimes people don't come in and

27

1    people are juggling two duties.  That's a different

2    story.  So you would have one breakfast person.  You have

3    one supervisor.  You have one laundry person.  And based

4    on the number of rooms they sold the night before, your

5    average girl gets 13 to 16 rooms to clean.  So that's how

6    you would have your schedule done, based on the forecast

7    that you would see for the next two weeks.

8              That schedule also gets updated every day

9    because the hotel business changes every day.  Some days

10   you expect to sell more rooms and you sell less rooms.

11   And some days you expect to sell less rooms and you sell

12   more rooms.  So she's supposed create a two-week

13   schedule.  However, we knew that the first month would be

14   very horrible for us because we had no idea about the

15   business, the staffing levels.  So we said, you know

16   what, we will have to play it but we have to update it

17   regularly.  So almost every day it will have to get

18   updated also.

19   Q.    And this is what you told Miss Payne that week

20   that you started?

21   A.    Right.  However, I realized after the first month

22   that she's very short on memory.

23   Q.    Miss Payne?

24   A.    Yeah.  Extremely short.  So my father always used



Jay Patel

28

1  to tell her to write it down because you could have a

2  conversation with her and she will forget it.

3      Q.   Write what down?

4      A.   Anything that we tell her.  We said key points,

5  to-do list, you should have a to-do list.

6      Q.   As far as scheduling and performing her daily

7  duties?

8      A.   Right.  And then I gave her rule of thumb.  So,

9  basically, if you are selling 45 rooms, you would have

10 three housekeepers because there would be 15 rooms per

11 girl.  So that's how she did the first few weeks of the

12 schedule.

13     Q.   And when you initially started speaking to her,

14 you wanted to make sure that the hotel was fully staffed

15 with employees and that the old way of scheduling was not

16 acceptable?

17     A.   Yes.  Because we saw that the old management was

18 not a hotel operator.  It was a part-time owner and a

19 part-time university professor.  He was a mom and pop

20 operation.  They had horrible record keeping.  Although

21 they wouldn't even give us any records, but from the one

22 girl that stayed at the front desk, she said there was

23 horrible record keeping there.  There's really no

24 management here.  The owner really wasn't quite focused

Jay Patel

29

1  in running the hotel.  It was a family run hotel.  We

2  spent a month just cleaning out and trying to get some

3  system established at the property.

4      Q.   How were you made aware of the old way that the

5  owners scheduled employees?

6      A.   Well, the housekeeping girls, a lot of them

7  stayed.  But the front desk staff, most of them did not

8  stay.  There is a night auditor who is very good.  He

9  stayed with us for a long time.  And he was kind of like

10 giving Joan a little bit more information about what they

11 did in the past.

12          Some of the policies they had, we changed it

13 around.  They were getting fixed pay for eight hours

14 whether they worked or not.  And they would just drag

15 their time.  And we said, no, you pay by the hour.  Some

16 of those things we started changing from day one.

17     Q.   And if there were any part-time workers, you did

18 not want any part-time workers.  So is that something

19 else that you changed?

20     A.   Well, part-time has always been last on our list

21 because the nature of the business is 7 days, 24-hour

22 customer service.  So we really need flexible people.  In

23 this country, people call up or sometimes they don't show

24 up to work.  You can get a stomach ulcer in this

Jay Patel

30

1    business.  I almost got one, close to it.

2                So that's why I always tell all my general

3    managers that worked for me in the past, you always fill

4    up your staffing with the full-timers because it gives

5    you more flexibility, more people to work with.  And

6    part-time, you always go when you have a need for

7    part-time.  But we are not a seasonal business.  We don't

8    see as much part-time need at this hotel.

9        Q.    At the time of the acquisition, were you aware

10   that there was anyone part-time?

11       A.    No.  They wouldn't really tell us the number of

12   employees or who was what.  They only gave us the names

13   of the general manager.  And we found out the front

14   office manager because that's like assistant manager.

15   Those are the only two people we knew.

16                And then during our initial inspection, we

17   found that there was a gentleman working in the

18   maintenance.  But we didn't really find that out until

19   like towards close, right before closing that it was

20   actually the previous owners' brother.

21       Q.    So that was the only part-time worker that you

22   knew existed?

23       A.    No, he was not part-time.  He was full-time.  I

24   was giving you example of what we knew about the

1    employees there.  We only knew two employees and there

2    was one maintenance guy and one head housekeeper, which

3    we did not know was related to the owners and would not

4    be staying there.

5        Q.   As support for Miss Payne, is it customary for

6    you to transfer information to her that you receive --

7    let me go back to that time.  Well, I will ask in

8    general.

9               In general from 2003 to the present, do you

10   meet with Miss Payne on a regular basis to discuss the

11   goings on of the hotel?

12       A.   Yes.  If I'm not able to meet, we will do a phone

13   conference.

14       Q.   Has that been going on since Miss Payne has

15   started working at Nabstar?

16       A.   Yes.  That's, actually, been going on since the

17   first week.

18       Q.   Since the very first week?

19       A.   Yes.

20       Q.   And would you discuss customers and schedules and

21   employees, would that be among the topics that you would

22   discuss?

23       A.   Yes.

24       Q.   How much detail would be involved in these



Jay Patel

32

1   conversations?

2      A.    If you referring to employee related, it would be

3   fully detail in the sense that I won't have complete

4   every minute knowledge of it, but if there are any major

5   customer complaints, then she is supposed to discuss that

6   with me.

7      Q.    And vice versa?

8      A.    Yeah.  Well, I would not have any customer

9   complaints directly to me.

10     Q.    Well, anything regarding employees.

11     A.    Yeah, anything regarding employees in a sense

12  that -- well, I would not be, after the first month, I

13  would not really get involved in hiring of the person

14  unless I have to do a second interview where she asked me

15  to just because I'm not sure.  But we would discuss both

16  ways everything about the employees.

17     Q.    Did you have a part in hiring Marisol Gomez?

18     A.    Actually, I hired because she was not even on

19  board at that point.

20     Q.    You hired who?

21     A.    I hired Marisol before I hired Joan.  So she had

22  known that on Monday after she joined that she has a

23  person.  Marisol was actually hired because this lady --

24  I will call her Chen, the supervisor -- was leaving

33

1    because she was related to the previous owner, Alice

2    Yang.

3            MR. CONNORS:  Y-A-N-G.

4        A.    So she was related to her.  And she was the

5    executive housekeeper, what we call supervisor, same

6    thing.  We thought we did not have one.  So this is the

7    only application I had in my hand.  She had worked

8    housekeeping.  So we asked her can she join and do both,

9    housekeeping, executive housekeeping and breakfast.

10       Q.    Let me just clarify to make sure.  Marisol, had

11   she already been working there?

12       A.    No, she was not working.  She, actually, applied

13   as an application that I was given for her from one of

14   the other hotels.  So I said, okay, I can take her.  And

15   I asked her would you be interested as a temporary

16   supervisor if I need you to be and do the breakfast.  She

17   goes okay.  I'm not sure, but you know what, we may need

18   you because I don't know who's going to be doing the

19   breakfast in the morning.  We are completely open.  I

20   said you come in on Tuesday morning in the morning.  And

21   if there is nobody there, you are in charge.

22       Q.    So I wasn't clear on how you got Miss Marisol

23   Gomez's application.  She applied to another hotel?

24       A.    She had applied to another hotel.  And we know



Jay Patel

34

1   everybody in the area as part of the business.  And they

2   gave me the application saying if you are looking for

3   housekeeping, here's an application.  She had actually

4   applied at the Hawthorne Suites, which is our sister

5   property.  I was not looking for housekeeping there

6   because I already had a supervisor there.  I said, you

7   know what, next week we are buying on this Sleep Inn and

8   closing on it.  We don't have a supervisor.

9        Q.   Are you also -- I'm sorry.  Continue.

10       A.   So I called her in for an interview.  And she was

11  not really interested in Sleep Inn at first.  But I said,

12  look, if you want to start, I have an immediate opening

13  here.  Because I know I don't have a supervisor and I

14  know because the supervisor was the breakfast person.  I

15  know I don't have that either.  And I don't know who does

16  what.

17       Q.   Were you also regional vice-president of the

18  Hawthorne?

19       A.   Yes.

20       Q.   And so who contacted you regarding Marisol

21  Gomez's application?

22       A.   I think it was either the general manager or the

23  executive housekeeper there.  I can't remember who it

24  was.  But it was just left in my box for me.

Jay Patel

35

1    Q.    Were they made aware somehow that you needed a

2    breakfast attendant, assistance in housekeeping at the

3    Sleep Inn Hotel?

4    A.    Yes.  Because we always tell them to keep an eye

5    out for -- because people just walk in and apply for

6    jobs -- anybody you feel like is a candidate and give it

7    to us.

8    Q.    For the Sleep Inn Hotel.

9    A.    For Sleep Inn.  And we sometimes do that vice

10   versa too.  If Hawthorne needs or one of my friends in

11   the area that needs help, they'll tell us, hey, if you

12   have more applications, can you fax us the applications?

13   Q.    Okay.  So once Miss Gomez was hired as the

14   breakfast attendant, you informed Miss Payne, correct,

15   that she was going to be her breakfast attendant; is that

16   correct?

17   A.    I did not tell Ms. Payne until probably later on

18   Monday night.  But I don't think she even remembered.  I

19   said you don't worry about it because this was completely

20   new to her, the housekeeping operation.  I said you don't

21   worry about it this week.  I'm going to be here with you

22   trying to understand and teach you on the hotel

23   housekeeping side of it.  Because she was always in the

24   sales, always talks through the front desk in her

Jay Patel

36

1    previous job.

2            I told her tomorrow morning you will have

3    this lady come in.  And if you don't have a breakfast

4    attendant or the previous people didn't schedule any

5    housekeeper as a breakfast attendant, try to learn and

6    take over.

7    Q.    So at some point because Miss Payne, as general

8    manager, is in charge of the staffing and scheduling, at

9    some point she would have to know, have a personal

10   knowledge of who the staff was; is that correct?

11   A.    Yes, she would.  Because towards the end of the

12   week she would have a little bit better knowledge.  But

13   this was one of the worst takeovers that we've had

14   because, you know, you had an operation running but you

15   had no idea who was going to come and go.

16   Q.    And you said you met with Miss Payne and

17   discussed in detail about employees, correct?

18   A.    Right.  But when I met on Thursday -- I actually

19   saw her the entire week because of the new acquisition.

20   I was coming in every day to see her.  By Thursday or

21   Friday, I would say we were 70 percent sure of who was

22   staying with us.

23   Q.    And then, at that time, did you inform

24   Miss Payne, okay, we have this application from Marisol

1  Gomez; she is going to be your breakfast person

2  permanently; please, schedule?

3      A.   Yeah, I think I did.  I said if she's doing well

4  in breakfast, keep her in breakfast until we find

5  something else.  And then maybe we will move her back

6  into the housekeeping and do more supervision because we

7  needed a supervisor as well.

8      Q.   Do you think it was important, as regional

9  vice-president, to inform Miss Payne of the employees who

10 have applied and who are working for Sleep Inn?

11     A.   Yes, that is true.  And that's why I did inform

12 her.  Just we weren't sure where to keep her.

13     Q.   Miss Gomez?

14     A.   Miss Gomez.  Because we needed more people.  And

15 if we found another breakfast attendant, we would try to

16 move her back into the housekeeping and give her

17 breakfast when somebody doesn't come in.

18     Q.   Did you receive any applications from any hotel

19 employees that came to work throughout the week, did you

20 ask them if they were staying and, if so, can you please

21 fill out an application; did you do that?

22     A.   I'm not sure I understand.  You are asking

23 existing employees or new employees?

24     Q.   You had mentioned that you wanted to start



Jay Patel

38

1   getting new applications from people when they came in.

2   A.   Right.

3   Q.   And the next day you had breakfast people coming

4   in -- the next day meaning August 5th, 2003.  People came

5   in and you asked them for applications; is that correct?

6   A.   Okay.  Asking the employees that were already

7   working there?

8   Q.   Yes.

9   A.   Yes.  Actually, housekeeping employees, quite a

10  few girls came in.  I can't remember if it was a Tuesday

11  or Wednesday.  But when I walked in, they said we would

12  like to speak to you, kind of like an orientation.  I

13  think it was probably like two days later because they

14  wanted to understand the system.  So I took Joan with me

15  because I told Joan this is how you do the meetings.  And

16  I wanted them to see you as a general manager.

17          But Joan couldn't speak as much because most

18  of them are Spanish speaking.  There were a couple of

19  girls that speak English and they would translate for us

20  into it.  So then we had an orientation and they asked

21  about the scheduling.  And we said the same thing.  We

22  look for full-time employees.  We look for flexibility.

23  And if you are not flexible, then we can't always give

24  you more work because we have to go with somebody that

1    comes in when we need it.  Because that's the nature of

2    our business.

3        Q.    And that's what you told the women that asked to

4    speak to you?

5        A.    The housekeeping, right.

6        Q.    And is it across the board for you that you need

7    full-time employees and breakfast attendants and

8    housekeeping?

9        A.    Yes.  I always train all my GM's.  And one of the

10   first questions I will ask is how flexible are you to

11   work.  Because if you are, not unless we have certain

12   time or position open, there is no point even wasting

13   time interviewing you.  If you can only work 9 to 5,

14   that's not the kind of business we are in.

15       Q.    You let people know up front that's your policy?

16       A.    Yes, at least that's what I do when I interview

17   people.  Joan was under training.  I don't know exactly

18   what she told people.

19       Q.    I didn't ask.  I just asked about how you dealt

20   with the new, not new people, but the existing people

21   coming in.

22       A.    Yes.

23       Q.    And you said you wanted to start new and get new

24   applications.  And you did just that?

