IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-374-GMS |
| NABSTAR LLC | : : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND ENTRY OF APPEARANCE

Notice is hereby given to the substitution of Douglas E. McCann, Assistant U.S. Attorney, in place of Rudolph Contreras as the attorney for the Plaintiff in the above-captioned case.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

BY:     /s/
          Douglas McCann
          Assistant United States Attorney
          Delaware Bar I.D. No. 3852
          The Nemours Building
          1007 Orange Street, Suite 700
          P.O. Box 2046
          Wilmington, DE 19899-2046
          (302) 573-6277

Dated:     April 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-374-GMS |
| NABSTAR LLC | : : : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 26th day of April I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served on the following counsel in the matter indicated as follows.:

> Kevin J. Connors
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1220 N. Market St., Suite 500
> P.O. Box 8888
> Wilmington, DE 19899

/s/
Marie Steel
Legal Assistant