**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**

May 1, 2006

The Honorable Gregory M. Sleet                                          **E-Filed**
U. S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:  Islyn A. Palmer v. Sleep Inn by Choice
     Hotel International
     EEOC# 170-2004-00029
     Our File:   21256.00512.082
     C. A. No. 05-CV-0374 GMS

Dear Judge Sleet:

    The undersigned attorney represents Defendant and Rachel M. Smith, Esquire represents the Plaintiff in the above-referenced matter.  Plaintiff has filed a Motion for Extension of Deadline to Respond to Defendant's Motion for Summary Judgment and Motion to Compel the Production of Documents.  (D.I. #42).  I write to advise the Court that Defendant does not oppose Plaintiff's request for an extension of time to respond to Defendant's Motion for Summary Judgment.  However, as to Plaintiff's Motion to Compel Production of Documents, Defendant will file a formal Response thereto in the event that the discovery matter cannot be resolved between the parties.

    I thank Your Honor for consideration of this matter.

                                    Respectfully yours,

                                    /s/ Kevin J. Connors

                                    Kevin J. Connors
                                    I.D. No. 2125

KJC:pll

cc:     Rachel M. Smith, Esquire

       Clerk of the Court