## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

July 21, 2006

TO: Counsel

RE: EEOC v. Nabstar, LLC
Civil Action No. 05-374 GMS

Dear Counsel:

Please submit a jointly prepared status report, via electronic case filing, regarding the status of the above-referenced case.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to the Honorable Gregory M. Sleet