

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

21 South 5th Street, Suite 400
Philadelphia, PA  19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Rachel M. Smith
Trial Attorney
Direct Dial: (215) 440-2642

July 28, 2006

BY ELECTRONIC FILING
Hon. Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 19
Wilmington, DE 19801

  Re: EEOC v. Nabstar, LLC d/b/a Sleep Inn: STATUS REPORT
    Civil Action No.: 05-cv-00374

Dear Judge Sleet:

  This letter is a joint representation of the Plaintiff, the U.S. Equal Employment Opportunity Commission (hereinafter, the "E.E.O.C." or the "Commission") and Defendant, Nabstar, LLC, d/b/a Sleep Inn (hereinafter "Nabstar" or "Defendant") regarding the status of litigation in the above referenced matter. This case was brought on behalf of Islyn A. Palmer on June 8, 2005 to correct unlawful employment practices on the basis of age (74 years old). The Commission alleges that Mrs. Palmer was adversely affected by such practices when she was unlawfully terminated and replaced by a younger (28 year old) employee. Defendant denies these allegations.

  On May 3, 2006, the parties met before Judge Mary Pat Thynge for a settlement conference. Judge Thynge successfully mediated an agreement between the parties. The matter settled in principle for $10,000.00 to Mrs. Palmer and a Consent Decree to be filed with the Court which includes specific injunctive relief such as training and a Notice Posting for a duration of two (2) years. On July 10, 2006, the undersigned counsel forwarded a Proposed Consent Decree by electronic mail to defense counsel. At this time, the Defendant is expected to sign the Consent Decree and forward it to the Commission for filing with the Court within the next 14 days.

  If Your Honor requires any further information, please do not hesitate to contact my office at 215-440-2642 or the office of Kevin Connors, at 302-552-4302.

               Respectfully submitted,

               s/ *Rachel M. Smith*
               Rachel M. Smith
               Trial Attorney
               U.S. E.E.O.C.

cc: Kevin Connors, Esq.