

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Rachel M. Smith
Trial Attorney
Direct Dial: (215) 440-2642

August 14, 2006

BY REGULAR U.S. MAIL
Hon. Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 19
Wilmington, DE 19801

Re:  EEOC v. Nabstar, LLC d/b/a Sleep Inn: CONSENT DECREE
     Civil Action No.: 05-cv-00374

Dear Judge Sleet:

Enclosed, please find the Consent Decree in settlement of the above-referenced case. Upon Your Honor's review and approval, the parties request that you sign the attached so that it may be filed with the Court. Mrs. Palmer's Release, Exhibit 1, is not attached. The Notice Posting, Exhibit 2, is attached hereto and should be filed with the Consent Decree.

If Your Honor requires any further information, please do not hesitate to contact my office at 215-440-2642 or the office of Kevin Connors, at 302-552-4302.

Respectfully submitted,

Rachel M. Smith
Trial Attorney
U.S. E.E.O.C.

cc:  Kevin Connors, Esq. w/encl.



Equal Employment Opportunity Commission
PHILADELPHIA DISTRICT OFFICE
21 SOUTH 5TH STREET, SUITE 400
Philadelphia, PA 19106-2515

Hon. Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 19
Wilmington, DE 19801

